# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2348

_____

Orlando Martinez

*Appellant*

v.

United States of America

*Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 21, 2013
Filed: March 26, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Orlando Martinez appeals the district court's[1] denial of his motion to return property. After careful review, see Jackson v. United States,

_____

[1] The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

526 F.3d 394, 396 (8th Cir. 2008), we conclude that the motion was properly denied for the reasons stated by the district court. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____